## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

TORRIE D. SMITH,

       Plaintiff,                                                    JUDGMENT IN A CIVIL CASE

v.                                                                              Case No. 12-cv-955-wmc

EAU CLAIRE COUNTY JAIL,
TEROME THOMPSON,
EAU CLAIRE SHERIFF DEPARTMENT,
EAU CLAIRE COUNTY JAIL SERGEANTS
AND OFFICERS and LT. CHRISTIANSON,

       Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Torrie D. Smith leave to proceed and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 4/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |